NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AHKEEM OLIJAH WATSON,                    )
                                         )
         Appellant,                      )
                                         )
v.                                       )        Case No. 2D18-4405
                                         )
STATE OF FLORIDA,                        )
                                         )
         Appellee.                       )
                                         )
 _____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender, and
Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


         Affirmed.


KELLY, SALARIO, and ATKINSON, JJ., Concur.